## Commonwealth *v.* Conyers, Appellant.

Argued June 11, 1968.

*Alan B. McFall,* with him *Thomas J. Maloney,* for appellant; *R. Gasdaska,* Assistant District Attorney, with him *Louis S. Minotti, Jr.,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.